1    DANIEL J. BRODERICK, Bar# 89424
     Federal Defender
2    BENJAMIN D. GALLOWAY, Bar# 214897
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, California 95814
4    Telephone (916) 498-5700

5    Attorney for Defendant
     WILLIAM CODY AMBORD

**FILED**

**NOV 2 3 2009**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    UNITED STATES OF AMERICA,    )
                           )    Cr.S. 09-458-EJG    ClEJG
13            Plaintiff,    )
                           )    **STIPULATION AND [PROPOSED]**
14        v.                )    **ORDER**
                           )
15    WILLIAM CODY AMBORD,       )    DATE:   January 15, 2010
                           )    TIME:   10:00 a.m.
16            Defendant.    )    JUDGE: Hon. Edward J. Garcia
                           )
17    _____ )

18

19      It is hereby stipulated and agreed to between the United States of

20 America through SEAN FLYNN, Assistant U.S. Attorney, and defendant,

21 WILLIAM CODY AMBORD, by and through his counsel, BENJAMIN GALLOWAY,

22 Assistant Federal Defender, that the status conference set for Friday,

23 November 20, 2009, be continued to Friday, January 15, 2010, at 10:00

a.m..

24      The reason for this continuance is to allow defense counsel

25 additional time to receive and review discovery with the defendant, to

26 examine possible defenses and to continue investigating the facts of

27 the case.

28

1    Speedy trial time is to be excluded from the date of this order

2    through the date of the status conference set for January 15, 2010,

3    pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to

4    prepare] (Local Code T4).

5

6    DATED: November 17, 2009      Respectfully submitted,

7                                  DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /S/ Benjamin Galloway
9                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   WILLIAM CODY AMBORD
11

12
     DATED: November 17, 2009      BEN WAGNER
13                                 United States Attorney

14                                 /s/ Benjamin Galloway for
                                   SEAN FLYNN
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16

17

18

19                              **O R D E R**

20       **IT IS SO ORDERED.**  Time is excluded from today's date through and

21   including January 15, 2010, in the interests of justice pursuant to 18

22   U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local

23   Code T4. The Court finds that the ends of justice served by granting

24   this continuance outweigh the interests of the defendant and the public

25   in a speedy trial.

26
     DATED: _Nov 19_ , 2009.
27                                 EDWARD J. GARCIA
                                   United States District Judge
28

                                      2