```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM CODY AMBORD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 09-458-EJG |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: May 14, 2010 |
| WILLIAM CODY AMBORD, ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Edward J. Garcia |
| _____ ) | **AS MODIFIED*** |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, WILLIAM CODY AMBORD, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, April 16**\***, 2010, be continued to Friday, May 14, 2010, at 10:00 a.m.. Undersigned counsel anticipates receiving additional discovery in the near future.  The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1  Speedy trial time is to be excluded from the date of this order
2  through the date of the status conference set for May 14, 2010,
3  pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to
4  prepare] (Local Code T4).

5

6  DATED: April 12, 2010          Respectfully submitted,
7                                 DANIEL J. BRODERICK
                                   Federal Defender
8
                                   /S/ Benjamin Galloway
9                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
10                                 Attorney for Defendant
                                   WILLIAM CODY AMBORD
11

12
    DATED: April 12, 2010          BENJAMIN B. WAGNER
13                                 United States Attorney

14                                 /s/ Benjamin Galloway for
                                   SEAN FLYNN
15                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
16

17

18
                                **O R D E R**
19
   **IT IS SO ORDERED.**  Time is excluded from today's date through and
20
   including May 14, 2010, in the interests of justice pursuant to 18
21
   U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
22
   Code T4. The Court finds that the ends of justice served by granting
23
   this continuance outweigh the interests of the defendant and the public
24
   in a speedy trial.
25

26
   DATED: April 13, 2010.          /s/ Edward J. Garcia
27                                 EDWARD J. GARCIA
                                   United States District Judge
28

**2**