DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM CODY AMBORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Cr.S. 09-458-EJG
            Plaintiff,          )
                                )   **STIPULATION AND ORDER**
      v.                        )
                                )   DATE: June 11, 2010
WILLIAM CODY AMBORD,            )   TIME: 10:00 a.m.
                                )   JUDGE: Hon. Edward J. Garcia
            Defendant.          )
                                )
_____)

    It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, WILLIAM CODY AMBORD, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, May 14, 2010, be continued to Friday, June 11, 2010, at 10:00 a.m.. The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 11, 2010,

pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 10, 2010          Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             WILLIAM CODY AMBORD

DATED: May 10, 2010          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             SEAN FLYNN
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 11, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: May 10,   2010.              /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge

**2**