DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM CODY AMBORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>WILLIAM CODY AMBORD,<br><br>   Defendant. | Cr.S. 09-458-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 9, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through SEAN FLYNN, Assistant U.S. Attorney, and defendant, WILLIAM CODY AMBORD, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, June 11, 2010, be continued to Friday, July 9, 2010, at 10:00 a.m. for a status conference and possible change of plea.

This continuance is being requested as the parties are working toward a resolution of this matter, but need additional time to finalize an agreement.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference/change of plea set for July 9, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 8, 2010             Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Assistant Federal Defender
                                Attorney for Defendant
                                WILLIAM CODY AMBORD


DATED: June 8, 2010             BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Benjamin Galloway for
                                SEAN FLYNN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 9, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: June 8, 2010.            /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge